BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2741

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:11-MC-0027 KJM |
| v. | |
| JEFFERY C. REINKING, | **CONSENT JUDGMENT** |
| Defendant. | |

Pursuant to the Settlement Agreement (Exhibit A), judgment in the amount of Sixteen Thousand - Three Hundred Four Dollars and Fifty-Two Cents ($16,304.52) is entered in favor of Plaintiff United States of America and against Defendant Jeffery C. Reinking.

IT IS SO ORDERED.

DATED: March 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

1